

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Hoang Van Ngyuen

**Plaintiff,**

V.

See attached

**Defendant.**

**Civil Action No.** 25-cv-03033-BJC-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Writ of Habeas Corpus. Respondents are hereby ORDERED to immediately release Petitioner from the Otay Mesa Detention Center. The case is hereby closed.

**Date:**        7/14/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-03033-BJC-MSB

Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Christopher LaRose, Warden at Otay Mesa Detention Center